Order Filed on September 18,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:

**LIWAA J. DARWISH,**

Debtor.

Case No.:  17-23053 (JKS)

Judge:    Hon. John K. Sherwood

## LOSS MITIGATION ORDER

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 18, 2017**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: Liwaa J. Darwish
Case No.:  17-23053 (JKS)
Caption of Order: **Loss Mitigation Order**

This matter having come before the Court on the Motion of the Debtor, Liwaa J. Darwish ("Debtor"), seeking an Order granting entry into the Court's Loss Mitigation Program for real property located at 159 Hamilton Trail Totowa, New Jersey 07512; and the Court having reviewed the pleadings and opposition filed by the Creditor, Bayview Loan Servicing, LLC ("Bayview"); and having heard the oral arguments of counsel; and for good cause shown, it is:

**ORDERED** as follows:

1. The Debtor's request for entry into the Loss Mitigation Program is granted;

2. The Debtor and Bayview are directed to participate in good faith and are bound by the Court's Loss Mitigation Program guidelines;

3. The loss mitigation process shall terminate on December 1, 2017, unless further extended by the Court;

4. The Debtor must tender full mortgage payments each month to Bayview during the loss mitigation process as set forth in the Loss Mitigation Program guidelines;

5. The parties shall utilize the Loss Mitigation Program portal during the loss mitigation period;

6. If the Debtor fails to comply with the Loss Mitigation Program guidelines and this Order, Bayview may apply to terminate the parties' participation in the Loss Mitigation Program.