UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------X

| | |
|---|---|
| IN RE:<br><br>Liwa J. Darwish<br><br>Debtor | CASE NO.:17-23053<br><br>CHAPTER: 13<br><br>**NOTICE OF APPEARANCE**<br><br>HON. JUDGE.:<br>JOHN K. SHERWOOD. |

-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of BSI FINANCIAL SERVICES and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

>FRIEDMAN VARTOLO, LLP
>Attorneys for BSI Financial Services
>85 Broad Street, Suite 501
>New York, New York 10004
>bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for

Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District

Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: May 29, 2018
      New York, New York

                                     By: /s/ Jonathan Schwalb
                                     Jonathan Schwalb, Esq.
                                     FRIEDMAN VARTOLO,
                                     LLP Attorneys for BSI
                                     Financial Services
                                     85 Broad Street, Suite 501
                                     New York, New York
                                     10004 T: (212) 471-510
                                     F: (212) 471-5150

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

---------------------------------------------------------------X

IN RE:

Liwaa J. Darwish

Debtor

CASE NO.: 17-23053

CHAPTER: 13

HON. JUDGE.:

JOHN K. SHERWOOD

---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

     On May 29, 2018, I served a true copy of the annexed **NOTICE OF APPEARANCE** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/ Jonathan Schwalb
Jonathan Schwalb, Esq.
FRIEDMAN VARTOLO LLP
85 Broad Street, Suite 501 New York, New York 10004 T: (212) 471-5100
F: (212) 471-5150

**S**ERVICE **L**IST

Liwaa J. Darwish
159 Hamilton Trail
Totowa, NJ 07512
***Debtor***

Herbert B. Raymond
7 Glenwood Avenue
Suite #408
4th Floor
East Orange, NJ 07107
***Debtors' Attorney***

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Road
Suite 330
Fairfield, NJ 07004
***Trustee***

US Trustee
US Department of Justice
Office of the US Trustee
One Newark Center, Suite 2100
Newark, NJ 07102
***U.S. Trustee***