| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>   LIWAA J. DARWISH |

Order Filed on July 18, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  17-23053

Judge:  JOHN K. SHERWOOD

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

DATED: July 18, 2018

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): LIWAA J. DARWISH

Case No.: 17-23053JKS

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of SANTANDER CONSUMER USA INC, Court Claim Number 9, be modified to amount of $0 ; and it is further

ORDERED, that in the event the Automatic Stay is reinstated as to this creditor, this Order shall be null and void, and the claim shall be reinstated accordingly.