UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
46552
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.
JM-5630

**Order Filed on September 17, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:
LIWAA J. DARWISH

Case No.: 17-23053

Adv. No.:

Hearing Date: 9-13-2018

Judge: John K. Sherwood

## ORDER VACATING CO-DEBTOR STAY
## AS TO PERSONAL PROPERTY

The relief set forth on the following page, numbered two is hereby **ORDERED**.

**DATED: September 17, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor:   Liwaa J. Darwish / 46552
Case No:   17-23053 (JKS)
Order vacating co-debtor stay as to personal property

Upon consideration of the motion of Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. for an order vacating co-debtor stay as to personal property, and good cause appearing therefore, it is hereby

**ORDERED** that the co-debtor stay is vacated as to the co-debtor, **Rehab Darwish** to permit Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. to pursue its rights as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Personal Property
2015 Jeep Grand Cherokee
Vehicle Identification Number
1C4RJFCG0FC797566