HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
**Chapter 13 Case # 17-23053**

Re:   LIWAA J. DARWISH              Atty:   HERBERT B. RAYMOND, ESQ.
      159 HAMILTON TRAIL                    7 GLENWOOD AVENUE
      TOTOWA,  NJ  07512                    4TH FLOOR SUITE 408
                                            EAST ORANGE, NJ  07017

## RECEIPTS AS OF 12/31/2018          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 08/17/2017 | $3,000.00 | 4211591000  - | 09/05/2017 | $1,500.00 | 4255991000  - |
| 10/03/2017 | $1,500.00 | 4335453000  - | 11/02/2017 | $1,500.00 | 4412754000  - |
| 12/04/2017 | $1,500.00 | 4490411000  - | 01/02/2018 | $1,500.00 | 4563896000  - |
| 02/05/2018 | $1,500.00 | 4644451000  - | 03/02/2018 | $1,500.00 | 4722156000  - |
| 04/03/2018 | $1,500.00 | 4805277000 | 05/02/2018 | $1,500.00 | 4883428000 |
| 06/04/2018 | $1,500.00 | 4965932000 | 07/03/2018 | $1,500.00 | 5041821000 |
| 08/02/2018 | $1,500.00 | 5121927000 | 09/04/2018 | $1,500.00 | 5204529000 |
| 10/02/2018 | $1,500.00 | 5281247000 | 11/02/2018 | $1,500.00 | 5362860000 |
| 12/03/2018 | $1,500.00 | 5442284000 | | | |

**Total Receipts:  $27,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $27,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018          (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|---|------|--------|---------|
| ALLY FINANCIAL | | | | | | | |
| | 07/16/2018 | $19.32 | 805,826 | | 08/20/2018 | $43.98 | 807,723 |
| | 09/17/2018 | $45.10 | 809,706 | | 10/22/2018 | $45.12 | 811,625 |
| | 11/19/2018 | $43.84 | 813,600 | | 12/17/2018 | $43.85 | 815,476 |
| BAYVIEW LOAN SERVICING | | | | | | | |
| | 06/18/2018 | $329.15 | 803,942 | | | | |
| CAVALRY SPV I LLC | | | | | | | |
| | 07/16/2018 | $32.46 | 805,980 | | 08/20/2018 | $73.94 | 807,890 |
| | 09/17/2018 | $75.81 | 809,856 | | 10/22/2018 | $75.80 | 811,783 |
| | 11/19/2018 | $73.69 | 813,742 | | 12/17/2018 | $73.70 | 815,632 |
| DEPARTMENT STORE NATIONAL BANK | | | | | | | |
| | 07/16/2018 | $22.28 | 805,475 | | 08/20/2018 | $50.75 | 807,332 |
| | 09/17/2018 | $52.04 | 809,323 | | 10/22/2018 | $52.04 | 811,208 |
| | 11/19/2018 | $50.59 | 813,169 | | 12/17/2018 | $50.58 | 815,045 |
| LVNV FUNDING LLC | | | | | | | |
| | 07/16/2018 | $19.57 | 806,307 | | 08/20/2018 | $44.57 | 808,234 |
| | 09/17/2018 | $45.70 | 810,192 | | 10/22/2018 | $45.71 | 812,122 |
| | 11/19/2018 | $44.42 | 814,053 | | 12/17/2018 | $44.43 | 815,939 |

**Chapter 13 Case # 17-23053**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDLAND FUNDING LLC | | | | | | | |
| | 07/16/2018 | $10.29 | 805,421 | | 08/20/2018 | $23.43 | 807,276 |
| | 09/17/2018 | $24.03 | 809,268 | | 10/22/2018 | $24.02 | 811,151 |
| | 11/19/2018 | $23.36 | 813,119 | | 12/17/2018 | $23.35 | 815,000 |
| NISSAN-INFINITI LT | | | | | | | |
| | 07/16/2018 | $102.10 | 806,395 | | 08/20/2018 | $232.53 | 808,337 |
| | 09/17/2018 | $238.42 | 810,285 | | 10/22/2018 | $238.40 | 812,230 |
| | 11/19/2018 | $231.81 | 814,154 | | 12/17/2018 | $231.79 | 816,046 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 07/16/2018 | $31.05 | 8,000,615 | | 07/16/2018 | $90.38 | 8,000,615 |
| | 07/16/2018 | $53.04 | 8,000,615 | | 08/20/2018 | $205.82 | 8,000,651 |
| | 08/20/2018 | $120.81 | 8,000,651 | | 08/20/2018 | $70.72 | 8,000,651 |
| | 09/17/2018 | $211.04 | 8,000,689 | | 09/17/2018 | $123.86 | 8,000,689 |
| | 09/17/2018 | $72.51 | 8,000,689 | | 10/22/2018 | $211.02 | 8,000,727 |
| | 10/22/2018 | $123.85 | 8,000,727 | | 10/22/2018 | $72.52 | 8,000,727 |
| | 11/19/2018 | $205.17 | 8,000,769 | | 11/19/2018 | $120.43 | 8,000,769 |
| | 11/19/2018 | $70.49 | 8,000,769 | | 12/17/2018 | $205.16 | 8,000,808 |
| | 12/17/2018 | $120.41 | 8,000,808 | | 12/17/2018 | $70.49 | 8,000,808 |
| SANTANDER CONSUMER USA, INC. | | | | | | | |
| | 07/16/2018 | $112.22 | 806,581 | | | | |
| STATE OF NJ | | | | | | | |
| | 11/20/2017 | $79.50 | 791,769 | | 12/18/2017 | $50.29 | 793,642 |
| | 01/22/2018 | $50.29 | 795,515 | | 02/20/2018 | $50.29 | 797,342 |
| | 03/19/2018 | $25.35 | 799,178 | | 04/16/2018 | $50.29 | 801,053 |
| | 05/14/2018 | $50.56 | 802,944 | | 06/18/2018 | $38.77 | 804,914 |
| | 07/16/2018 | $685.20 | 806,831 | | 07/16/2018 | $20.32 | 806,832 |
| | 08/20/2018 | $46.28 | 808,790 | | 09/17/2018 | $47.46 | 810,698 |
| | 10/22/2018 | $47.45 | 812,663 | | 11/19/2018 | $46.14 | 814,564 |
| | 12/17/2018 | $46.14 | 816,454 | | | | |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 11/20/2017 | $2,152.00 | 8,000,394 | | 12/18/2017 | $1,361.21 | 8,000,410 |
| | 01/22/2018 | $1,361.21 | 8,000,426 | | 02/20/2018 | $1,361.21 | 8,000,458 |
| | 03/19/2018 | $686.15 | 8,000,494 | | 04/16/2018 | $1,361.21 | 8,000,531 |
| | 05/14/2018 | $1,368.44 | 8,000,571 | | 06/18/2018 | $1,049.56 | 8,000,611 |
| | 07/16/2018 | $222.28 | 8,000,647 | | 08/20/2018 | $506.19 | 8,000,686 |
| | 09/17/2018 | $519.04 | 8,000,724 | | 10/22/2018 | $519.07 | 8,000,765 |
| | 11/19/2018 | $504.57 | 8,000,804 | | 12/17/2018 | $504.59 | 8,000,842 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,493.97 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,173.00 | 100.00% | 4,173.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL | UNSECURED | 1,214.60 | 100.00% | 285.06 | 929.54 |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,682.92 | 100.00% | 1,333.77 | 4,349.15 |
| 0005 | US BANK TRUST NA | MORTGAGE ARRE | 329.15 | 100.00% | 329.15 | 0.00 |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,335.44 | 100.00% | 782.82 | 2,552.62 |
| 0007 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | LVNV FUNDING LLC | UNSECURED | 1,230.64 | 100.00% | 288.82 | 941.82 |
| 0011 | DEPARTMENT STORE NATIONAL BANK | UNSECURED | 1,401.27 | 100.00% | 328.87 | 1,072.40 |
| 0012 | EASTERN ACCOUNT SYSTEM | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | UNITED STATES TREASURY/IRS | PRIORITY | 10,700.99 | 100.00% | 10,700.99 | 0.00 |
| 0015 | UNITED STATES TREASURY/IRS | UNSECURED | 13,976.93 | 100.00% | 3,280.35 | 10,696.58 |
| 0017 | MIDLAND FUNDING | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | NISSAN-INFINITI LT | UNSECURED | 6,420.34 | 100.00% | 1,506.81 | 4,913.53 |

**Chapter 13 Case # 17-23053**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0019 | NISSAN-INFINITI LT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | STATE OF NJ | PRIORITY | 395.34 | 100.00% | 395.34 | 0.00 |
| 0024 | MIDLAND FUNDING LLC | UNSECURED | 646.97 | 100.00% | 151.84 | 495.13 |
| 0028 | WEBBANK/GETTINGTON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | SANTANDER CONSUMER USA INC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,952.63 | 100.00% | 458.27 | 1,494.36 |
| 0032 | CAVALRY SPV I LLC | UNSECURED | 2,041.33 | 100.00% | 479.09 | 1,562.24 |
| 0033 | SANTANDER CONSUMER USA, INC. | VEHICLE SECURE | 112.22 | 100.00% | 112.22 | 0.00 |
| 0034 | STATE OF NJ | SECURED | 685.20 | 100.00% | 685.20 | 0.00 |
| 0035 | STATE OF NJ | UNSECURED | 1,277.89 | 100.00% | 299.92 | 977.97 |

**Total Paid:  $27,085.49**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $27,000.00    -    Paid to Claims: $21,418.52    -    Admin Costs Paid: $5,666.97    =    Funds on Hand: $1,414.51

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.