Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  17−23053−JKS
                        Chapter:  13
                        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Liwaa J. Darwish
   159 Hamilton Trail
   Totowa, NJ 07512

Social Security No.:
   xxx−xx−1930

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on October 30, 2017.

    On 8/11/19 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                  September 12, 2019
Time:                08:30 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 13, 2019
JAN: wdh

                                                                                        Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Liwaa J. Darwish
    Debtor

Case No. 17-23053-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Aug 13, 2019
                             Form ID: 185      Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2019.

```
db           +Liwaa J. Darwish,    159 Hamilton Trail,    Totowa, NJ 07512-2813
cr           +Santander Consumer USA Inc. dba Chrvsler Capital a,    PO Box 961278,    Ft. Worth, TX 76161-0278
516904551    +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
516904553    +Bayview Loan Servicing,    4425 Ponce de Leon Boulevard, 5th Floor,    West Palm Beach, FL 33416
516904554    +Bayview Loan Servicing,    5225 Crooks Road,    Troy, MI 48098-2823
516904552    +Bayview Loan Servicing,    P0 Box 3042,    Milwaukee, WI 53201-3042
517111557    +CCAP AUTO LEASE LTD,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
516904558   ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysle Financial,    PO Box 9001921,    Louisville, KY 40290)
516904557    +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
516904559    +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
516904561    +Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
517162101     Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
              Kirkland, WA 98083-0657
516904562    +Dsnb Macys,    PO Box 8218,    Mason, OH 45040-8218
516904591    +Fein, Such, Kahn & Sheppard, PC,    7 Century Dr., Ste. 201,    Parsippany, NJ 07054-4673
516904569   ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
             (address filed with court: Nissan-infiniti Lt,    2901 Kinwest Parkway,    Irving, TX 75063)
516922420     Nissan,    POB 660366,    Dallas, TX 75266-0366
516904568    +Nissan Motor,    PO Box 660360,    Dallas, TX 75266-0360
516904570    +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516904572   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
              PO Box 245,    Trenton, NJ 08646-0245)
516904573    +State of New Jersey,    Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516904571    +State of New Jersey,    Division of Taxation,    50 Barrack Street, P.O. Box 269,
              Trenton, NJ 08646-0269
516904575   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,    PO Box 17187,    Baltimore, MD 21297)
517056945    +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
              Addison, Texas 75001-9013
517600530    +U.S. Bank Trust National Association,    c/o BSI Financial Services,
              1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
517600531    +U.S. Bank Trust National Association,    c/o BSI Financial Services,
              1425 Greenway Drive, Ste 400,    Irving, TX 75038,    U.S. Bank Trust National Association,
              c/o BSI Financial Services 75038-2480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 14 2019 00:16:54    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 14 2019 00:16:51    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr           +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 00:19:58
              Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
516994998     E-mail/Text: ally@ebn.phinsolutions.com Aug 14 2019 00:15:50    Ally Financial,
              PO Box 130424,    Roseville MN 55113-0004
516904550    +E-mail/Text: ally@ebn.phinsolutions.com Aug 14 2019 00:15:50    Ally Financial,
              200 Renaissance Center,    Detroit, MI 48243-1300
517189311    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 14 2019 00:17:59
              BAYVIEW LOAN SERVICING, LLC,    4425 Ponce de Leon Boulevard, 5th Floor,
              Coral Gables, FL 33146-1837
516904555     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 14 2019 00:19:23    Capital One,
              15000 Capital One Drive,    Richmond, VA 23238
517127073    +E-mail/Text: bankruptcy@cavps.com Aug 14 2019 00:17:53    Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516904566     E-mail/Text: cio.bncmail@irs.gov Aug 14 2019 00:16:16    Internal Revenue Service,
              Insolvency Operations,    PO Box 21125,    Philadelphia, PA 19114
517107294     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2019 00:19:31
              LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517139905    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 14 2019 00:16:50    MIDLAND FUNDING LLC,
              PO BOX 2011,    WARREN, MI 48090-2011
516904567    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 14 2019 00:16:50    Midland Funding,
              2365 Northside Drive, Ste. 30,    San Diego, CA 92108-2709
517107863     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2019 00:31:44
              Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517092768     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2019 00:19:27
              Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
              Norfolk VA 23541
516904574    +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 00:19:58    Syncb/Bp,    PO Box 965024,
              Orlando, FL 32896-5024
```

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Aug 13, 2019
                                  Form ID: 185             Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516907939       +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 00:20:45      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516904578       +E-mail/Text: bnc-bluestem@quantum3group.com Aug 14 2019 00:18:08      Webbank/Gettington,
                  6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                             TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BSI Financial Services,   85 Broad Street
516904556*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,   15000 Capital One Drive,   Richmond, VA 23238)
517127819*      +CCAP Auto Lease LTD,   P.O. Box 961275,   Fort Worth, TX 76161-0275
516904560*      +Chrysler Capital,   PO Box 961275,   Fort Worth, TX 76161-0275
516904565*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,   Philadelphia, PA 19255-0010)
516904564*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,   Special Procedures Function,
                  PO Box 724,   Springfield, NJ 07081)
516904576*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,   PO Box 17187,   Baltimore, MD 21297)
516904577*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,   4 Gatehall Drive, Ste. 350,
                  Parsippany, NJ 07054)
516904563     ##+Eastern Account System,   75 Glen Rd., Ste. 310,   Sandy Hook, CT 06482-1175
                                                                                    TOTALS: 1, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
```
              Alexandra T. Garcia    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Liwaa J. Darwish herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital as
               servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor   BSI Financial Services
               bankruptcy@friedmanvartolo.com
              Jonathan C. Schwalb    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```