**Order Filed on August 19, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorney for Secured Creditor,
BSI Financial Services as Servicer for U.S. Bank Trust N.A., as Trustee of the SCIG Series III Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

IN RE:

Liwaa J. Darwish

Debtor(s).

Case No.: 17-23053

Chapter 13

Hearing Date: August 8, 2019

Judge: John K. Sherwood

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: August 19, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Applicant:   BSI Financial Services
Applicant's Counsel:   Friedman Vartolo LLP
Debtor's Counsel:   Herbert B. Raymond, Esq.
Property Involved("Collateral"):   159 Hamilton Trail, Totowa, NJ 07512

Relief sought:
✓ Motion for relief from the automatic stay
  Motion to dismiss
  Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - The Debtor is overdue for **5** months, from **April 1, 2019** to **August 1, 2019**.
   - The Debtor is overdue for **5** payments at **$5,808.22** per month.
   - Less Funds held in debtor(s) suspense **($1,336.87)**.

   Total Arrearages Due **$27,704.23**

2. Debtor must cure all post-petition arrearages, as follows:

   - The arrears in the amount of **$27,704.23** shall be capitalized into Debtor's Chapter 13 Plan.
   - Within **fourteen (14)** days of the entry of this Order, Debtor shall file a modified Chapter 13 Plan reflecting the total arrearages due.
   - Beginning on **September 1, 2019**, regular monthly mortgage payments shall continue to be made in the amount of **$5,808.22** per month or as further defined in the terms of the Note, Mortgage, or any payment change notifications.

3. Payments to the Secured Creditor shall be made to the following address(es):

   ✓ Regular monthly payment:   **BSI Financial Services**
   **314 S. Franklin Street**
   **Titusville, PA 16354**

In the event of Default:

If the Debtors fail to make the regular monthly payments or fail to file a modified plan to address the post-petition arrearages within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' Attorney.

4. Award of Attorney's Fees:

✓ The Applicant is awarded attorney's fees of $350.00, and costs of $181.00. The fees and costs are payable through the Chapter 13 plan.

The undersigned hereby consent to the form and entry of the foregoing order

_____    /s/ Jonathan Schwalb, Esq.
Herbert B. Raymond, Esq.        Jonathan Schwalb, Esq.
*Attorney for Debtor*            *Attorney for Secured Creditor*