Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−23053−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Liwaa J. Darwish
159 Hamilton Trail
Totowa, NJ 07512

Social Security No.:
xxx−xx−1930

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 12/12/19 at 10:00 AM

to consider and act upon the following:

*91* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/18/2019. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

*93* − Certification in Opposition to (related document:90 Creditor's Certification of Default (related document:84 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of BSI Financial Services. Objection deadline is 11/14/2019. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor BSI Financial Services, 91 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/18/2019. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Herbert B. Raymond on behalf of Liwaa J. Darwish. (Raymond, Herbert)

Dated: 11/19/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court