Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                Case No.:  17−23053−JKS
                                                Chapter:  13
                                                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Liwaa J. Darwish
   159 Hamilton Trail
   Totowa, NJ 07512

Social Security No.:
   xxx−xx−1930

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/18/19.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 18, 2019
JAN: zlh

                                                                                 Jeanne Naughton
                                                                                 Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 17-23053-JKS
Liwaa J. Darwish                                                Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 2      Date Rcvd: Dec 18, 2019
                              Form ID: 148               Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
db             +Liwaa J. Darwish,    159 Hamilton Trail,    Totowa, NJ 07512-2813
516904553       Bayview Loan Servicing,    4425 Ponce de Leon Boulevard, 5th Floor,    West Palm Beach, FL 33416
516904552      +Bayview Loan Servicing,    P0 Box 3042,    Milwaukee, WI 53201-3042
516904554      +Bayview Loan Servicing,    5225 Crooks Road,    Troy, MI 48098-2823
516904591      +Fein, Such, Kahn & Sheppard, PC,    7 Century Dr., Ste. 201,    Parsippany, NJ 07054-4673
516904569     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan-infiniti Lt,    2901 Kinwest Parkway,    Irving, TX 75063)
516922420       Nissan,   POB 660366,    Dallas, TX 75266-0366
516904568      +Nissan Motor,    PO Box 660360,   Dallas, TX 75266-0360
516904570      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516904572     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08646-0245)
516904573      +State of New Jersey,    Division of Taxation,    PO Box 046,   Trenton, NJ 08601-0046
516904571      +State of New Jersey,    Division of Taxation,    50 Barrack Street, P.O. Box 269,
                 Trenton, NJ 08646-0269
517056945      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517600530      +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                 1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
517600531      +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                 1425 Greenway Drive, Ste 400,    Irving, TX 75038,    U.S. Bank Trust National Association,
                 c/o BSI Financial Services 75038-2480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2019 00:32:14      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2019 00:32:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: CHRM.COM Dec 19 2019 04:43:00      Santander Consumer USA Inc. dba Chrvsler Capital a,
                 PO Box 961278,    Ft. Worth, TX 76161-0278
cr             +EDI: RMSC.COM Dec 19 2019 04:43:00      Synchrony Bank, c/o PRA Recievables Management, LL,
                 POB 41021,    Norfolk, VA 23541-1021
516994998       EDI: GMACFS.COM Dec 19 2019 04:43:00      Ally Financial,   PO Box 130424,
                 Roseville MN 55113-0004
516904550      +EDI: GMACFS.COM Dec 19 2019 04:43:00      Ally Financial,   200 Renaissance Center,
                 Detroit, MI 48243-1300
517189311      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 19 2019 00:32:45
                 BAYVIEW LOAN SERVICING, LLC,    4425 Ponce de Leon Boulevard, 5th Floor,
                 Coral Gables, FL 33146-1837
516904551      +EDI: TSYS2.COM Dec 19 2019 04:43:00      Barclays Bank Delaware,    P.O. Box 8803,
                 Wilmington, DE 19899-8803
516904555       EDI: CAPITALONE.COM Dec 19 2019 04:43:00      Capital One,   15000 Capital One Drive,
                 Richmond, VA 23238
517111557      +EDI: CHRM.COM Dec 19 2019 04:43:00      CCAP AUTO LEASE LTD,    P.O. BOX 961275,
                 FORT WORTH, TX 76161-0275
516904558       EDI: CHRYSLER.COM Dec 19 2019 04:43:00      Chrysle Financial,    PO Box 9001921,
                 Louisville, KY 40290
517127073      +E-mail/Text: bankruptcy@cavps.com Dec 19 2019 00:32:38      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516904557      +EDI: CHASE.COM Dec 19 2019 04:43:00      Chase Card,   PO Box 15298,    Wilmington, DE 19850-5298
516904559      +EDI: CHRM.COM Dec 19 2019 04:43:00      Chrysler Capital,    PO Box 961275,
                 Fort Worth, TX 76161-0275
516904561      +EDI: CITICORP.COM Dec 19 2019 04:43:00      Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
517162101       EDI: Q3G.COM Dec 19 2019 04:43:00      Department Stores National Bank,    c/o Quantum3 Group LLC,
                 PO Box 657,    Kirkland, WA 98083-0657
516904562      +EDI: TSYS2.COM Dec 19 2019 04:43:00      Dsnb Macys,   PO Box 8218,    Mason, OH 45040-8218
516904566      +EDI: IRS.COM Dec 19 2019 04:43:00      Internal Revenue Service,    Insolvency Operations,
                 PO Box 21125,    Philadelphia, PA 19114
517107294       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 19 2019 00:34:46
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517139905      +EDI: MID8.COM Dec 19 2019 04:43:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
516904567      +EDI: MID8.COM Dec 19 2019 04:43:00      Midland Funding,   2365 Northside Drive, Ste. 30,
                 San Diego, CA 92108-2709
517107863       EDI: PRA.COM Dec 19 2019 04:43:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                 POB 41067,    Norfolk VA 23541
517092768       EDI: PRA.COM Dec 19 2019 04:43:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516904574      +EDI: RMSC.COM Dec 19 2019 04:43:00      Syncb/Bp,   PO Box 965024,    Orlando, FL 32896-5024
```

```
District/off: 0312-2           User: admin              Page 2 of 2                  Date Rcvd: Dec 18, 2019
                               Form ID: 148             Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516907939      +EDI: RMSC.COM Dec 19 2019 04:43:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516904575       EDI: TFSR.COM Dec 19 2019 04:43:00      Toyota Financial Services,   PO Box 17187,
                 Baltimore, MD 21297
516904577       EDI: TFSR.COM Dec 19 2019 04:43:00      Toyota Motor Credit Co,   4 Gatehall Drive, Ste. 350,
                 Parsippany, NJ 07054
516904578      +EDI: BLUESTEM Dec 19 2019 04:43:00      Webbank/Gettington,   6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BSI Financial Services,   85 Broad Street
516904556*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,   15000 Capital One Drive,   Richmond, VA 23238)
517127819*     +CCAP Auto Lease LTD,   P.O. Box 961275,   Fort Worth, TX 76161-0275
516904560*     +Chrysler Capital,   PO Box 961275,   Fort Worth, TX 76161-0275
516904565*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,   Philadelphia, PA 19255-0010)
516904564*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,   Special Procedures Function,
                 PO Box 724,   Springfield, NJ 07081)
516904576*    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,   PO Box 17187,   Baltimore, MD 21297)
516904563     ##+Eastern Account System,   75 Glen Rd., Ste. 310,   Sandy Hook, CT 06482-1175
                                                                                   TOTALS: 1, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
```
          Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Herbert B. Raymond    on behalf of Debtor Liwaa J. Darwish herbertraymond@gmail.com,
           raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
           ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
           ls789@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital as
           servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services
           bankruptcy@friedmanvartolo.com
          Jonathan C. Schwalb    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Melissa S DiCerbo    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj-ecfmail@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```